**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Raven Renee Ray,<br><br>*Plaintiff,*<br><br>v.<br><br>Steve A. Lesniak,<br><br>*Defendant.* | C/A No.: 2:16-cv-01752-DCN<br><br>**PLAINTIFF'S EXHIBIT LIST** |

In accordance with Rule 16, FRCP and Local Civ. Rules 26.05 and 26.07 (D.S.C.) Plaintiff respectfully submits her Exhibit List for the Court's review and consideration in advance of trial:

| Exhibit | Description | Date |
|---|---|---|
| 1 | Ken Wahl Report | 04/27/2017 |
| 2 | Raven Ray Photographs | N/A |
| 3 | Medical Records from Charleston Community Acupuncture | 05/30/2014-08/01/2015 |
| 4 | Medical Records from Marshall A. White, MD | 03/09/2016 |
| 5 | Medical Records from L. Randolph Waid, PhD | 07/28/2015 |
| 6 | Medical Records from Howard M. Kurtzman MD | 07/01/2014 |
| 7 | Medical Records from Medical University of South Carolina | 05/24/14-06/25/14 |
| 8 | Medical Records from Nason Medical Center | 05/23/2014 |
| 9 | Medical Records from WM Woodward, MD PA | 07/23/2014-05/28/2015 |
| 10 | Ray Bill Summary with Totals | N/A |
| 11 | Sailing Photographs (RavenRay_00263, 000254, 000213, 000252, 000253, 000255, 000229) | 05/21/2014 |

| | | |
|---|---|---|
| 12 | 05/21/2014 Charleston Climate Summary (RavenRay_000204) | 05/21/2014 |

Respectfully Submitted,

**PIERCE, HERNS, SLOAN & WILSON, LLC**

William P. Early (Federal Bar No. 7326)
Benjamin C. Smoot, II (Fed. Bar ID 11801)
321 East Bay Street
Post Office Box 22437
Charleston, SC 29401
(843) 722-7733
*Attorneys for the Plaintiff*

September 13, 2017
Charleston, South Carolina

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Raven Renee Ray,<br>*Plaintiff,*<br>v.<br>Steve A. Lesniak,<br>*Defendant.* | C/A No.: 2:16-cv-01752-DCN<br><br>**PLAINTIFF'S WITNESS LIST** |

In accordance with Rule 16, FRCP and Local Civ. Rules 26.05 and 26.07 (D.S.C.) Plaintiff respectfully submits her Exhibit List for the Court's review and consideration in advance of trial:

9/18/17 **I.** (1) **Dr. Marshall A. White, MD.** 9:24 AM

**Dr. White is a Board Certified Neurologist who performed an Independent Medical Evaluation (IME) of Plaintiff and diagnosed her with a traumatic brain injury. Dr. White will offer testimony at trail regarding his diagnoses, his review of Plaintiff's medical records and history, and the information contained in his IME.**

9/18/17 **II.** (2) **Chad Houfek L.A.c.** 11:25 AM

**Mr. Houfek evaluated Plaintiff and provided her with acupuncture treatment following the incident. Mr. Houfek has opined as to Plaintiff's physical and emotional condition before the incident and after the May 21, 2014 incident.**

9/18/17 **III.** (5) **Captain Ken Wahl** 3:50 PM

**Captain Wahl has been retained by Plaintiff to apply his technical and specialized knowledge of the maritime industry to the facts of this case to opine as to Defendant's liability. Captain Wahl will testify Defendant failed to exercise reasonable care under the circumstances, to train, and warn Plaintiff of the dangers known to Defendant pertaining to sailing and boating, and not to injure his passengers, including Plaintiff.**

9/18/17 **IV.** (3) **Plaintiff** 11:40 AM

**Plaintiff will provide testimony at trial regarding the May 21, 2014 incident causing her personal injury and regarding her damages.**

9/18/17 V. (4) **Defendant** 3:10 PM

**Defendant is expected to provide testimony regarding the May 21, 2014 incident.**

Respectfully Submitted,

**PIERCE, HERNS, SLOAN & WILSON, LLC**

*/s/ William P. Early*
William P. Early (Federal Bar No. 7326)
Benjamin C. Smoot, II (Fed. Bar ID 11801)
321 East Bay Street
Post Office Box 22437
Charleston, SC 29401
(843) 722-7733
*Attorneys for the Plaintiff*

September 14, 2017
Charleston, South Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| RAVEN RENEE RAY,<br><br>Plaintiff.<br><br>vs.<br><br>STEVE A. LESNIAK,<br><br>Defendant. | ) | CIVIL ACTION NO. 2:16-cv-01752-DCN |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

Defendant Steve Lesniak may call the following witnesses at trial:

1. Raven Renee Ray
   2050 Medway Drive
   Charleston, SC 29412
   Ms. Ray is the Plaintiff in this matter and is expected to testify as to the incident and her alleged injuries.

2. Steve A. Lesniak
   566 Heron Pointe Blvd.
   Mt. Pleasant, SC 29464
   Mr. Lesniak is the Defendant in this matter and is expected to testify as to the incident.

9/18/17 3. (4) Colin Skinner 5:15 PM
   1264 Sumner Ave.
   N. Charleston 29406
   (843) 729 2854
   Crew member aboard the vessel. Expected to testify as to the incident and as to the subject vessel and its operation.

9/18/17 4. (2) Dawn Truog 4:56 PM
   (206) 355 0642
   Crew member aboard the vessel. Expected to testify as to the incident and as to the subject vessel and its operation.

9/18/17 5. ① Bill Lynch 4:45 PM
1814-A Ion Ave.
Sullivans Island, SC, 29482
Crew member aboard the vessel. Expected to testify as to the incident and as to the subject vessel and its operation.

9/18/17 6. ③ Mary Anne Becker 5:05 PM
(973) 723 9056
Crew member aboard the vessel. Expected to testify as to the incident and as to the subject vessel and its operation.

Defendant has no exhibits, but reserves the right to utilize any exhibits put into evidence by Plaintiff.

RESPECTFULLY SUBMITTED:

WESTON LAW FIRM, P.A.

September 13, 2017
Mount Pleasant, SC

*/s/ Joseph R. Weston*
Joseph R. Weston, Esq. (Fed. Id. No. 6094)
Stephanie Phillips Anthony (Fed. Id. No.12264)
761 Johnnie Dodds Blvd., Suite 100 (29465)
P.O. Box 1992 (29464)
Mt. Pleasant, South Carolina
Ph: (843) 881-4995
Fax: (843) 881-4009
jweston@westonlawfirm.com
santhony@westonlawfirm.com
ATTORNEYS FOR DEFENDANT
Dated June 30, 2017
Mt. Pleasant, South Carolina